Case 7:18-cr-00396 Document 1 Filed on 03/13/18 in TXSD Page 1 of 2
Case 7:18-cr-00396 Document 1 Filed on 03/13/18 in TXSD Page 1 of 2

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 3 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-18-396** |
| TN: ROSBEL GARCIA, Jr. Jg<br>CHRISTY LEE WELLS | § § § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about January 28, 2018, through January 30, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ROSBEL GARCIA, Jr. Jg**
**and**
**CHRISTY LEE WELLS**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about January 30, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CHRISTY LEE WELLS**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 11 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY